**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**KELLY N. WILLIAMS** **PLAINTIFF**

**v.**

**CAUSE NO.: 2:26-cv-00070-TBM-RPM**
**DISTRICT JUDGE: Judge Taylor B. McNeel**
**U.S. MAGISTRATE JUDGE: Robert P. Myers, Jr.**

**WMC AUTO, INC. D/B/A WALT MASSEY CHEVROLET; TD AUTO FINANCE, LLC; DALTON MCNEESE**

**DEFENDANTS**

**and**

**WMC AUTO, INC.** **COUNTER-PLAINTIFF**

**v.**

**KELLY N. WILLIAMS** **COUNTER-DEFENDANT**

**AGREED ORDER**

THIS MATTER came before the Court on the joint request of Plaintiff/Counter-Defendant Kelly N. Williams ("Plaintiff") and Defendant/Counter-Plaintiff WMC Auto, Inc. ("WMC") for the entry of an agreed order extending the time for Plaintiff to seek leave to file a sur-reply directed to WMC's Reply in Support of its Motion for Writ of Replevin [Doc. 30] (the "Reply"). The Court, having reviewed the parties' agreement and being otherwise fully advised, finds as follows:

1. WMC filed the Reply on October 2, 2026. The Reply was timely filed.

2. Although the Reply certified that Plaintiff would be served by regular U.S. Mail and electronic mail, and WMC intended to serve Plaintiff by those means consistent with its practice in this action, through an inadvertent oversight by WMC's counsel a copy of the Reply

was not mailed or emailed to Plaintiff at the time of filing. Plaintiff first received a copy of the Reply on October 26, 2026.

3. Because of that oversight, reasonable grounds exist to allow Plaintiff additional time to seek leave to file a sur-reply. Had the Reply been served on Plaintiff by U.S. Mail on October 2, 2026, the date it was filed, the time Plaintiff would have had to respond—measured by the fourteen-day response period under L.U.Civ.R. 7(b)(4), plus the three days added for service by mail under Fed. R. Civ. P. 6(d) and computed under Fed. R. Civ. P. 6(a)—would have run through October 19, 2026.

4. The parties agree that good cause supports the relief set forth below. *See* Fed. R. Civ. P. 6(b)(1).

IT IS THEREFORE ORDERED AND ADJUDGED that Plaintiff shall have through and including **November 6, 2026** within which to file a motion for leave to file a sur-reply directed to the Reply, and any other motion directed to the Reply.

SO ORDERED AND ADJUDGED, this the 28th day of October, 2026.

UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED AS TO FORM:

Maddie W. Butcher

DAVID M. EATON, MSB 100219
MADISON W. BUTCHER, MSB 106883
McAngus Goudelock and Courie
1020 Highland Colony Parkway, Ste. 706
Ridgeland, Mississippi 39157
(601) 427-7546
David.Eaton@mgclaw.com
Maddie.Butcher@mgclaw.com
*Attorneys for WMC Auto, Inc. and Dalton McNeese*

Kelly N. Williams

KELLY N. WILLIAMS
1928 National Guard Road
Columbia, Mississippi 39429
(208) 550-4570
instkwilliams@gmail.com
*Pro Se Plaintiff*