**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**KELLY N. WILLIAMS** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 2:26-cv-70-TBM-RPM**

**WMC AUTO, INC., *A Mississippi Corporation doing business as Walt Massey Chevrolet*; DALTON McNeese, *Individually*** **DEFENDANTS**

**ORDER**

This matter came before the Court on WMC Auto, Inc.'s Motion for Writ of Replevin [23] and Kelly Williams' Motion for Leave to File Second Amended Complaint [32], Motion for Clarification [36], and Motion to Disregard and for Leave to File a Surreply [38]. At the hearing conducted on November 13, 2026, the Court considered the pleadings, the motions, the evidence, the record, the oral arguments of the parties, and the relevant legal authority.

Then, the Court announced on the record its detailed findings and conclusions. To be clear, all legal analysis and authority was announced from the bench and is contained in the hearing transcript.

For all of the reasons contained in the hearing transcript:

IT IS ORDERED that WMC Auto, Inc.'s Motion for Writ of Replevin [23] is GRANTED and a separate order for writ of replevin will be entered.

IT IS FURTHER ORDERED that Kelly Williams' Motion for Leave to File Second Amended Complaint [32] is GRANTED.

IT IS FURTHER ORDERED that Kelly Williams' Motion for Clarification [36] is GRANTED IN PART and TAKEN UNDER ADVISEMENT IN PART.

IT IS FURTHER ORDERED that Kelly Williams' Motion to Disregard and for Leave to File a Surreply [38] is DENIED.

This, the 13th day of November, 2026.

TAYLOR B. McNEEL
UNITED STATES DISTRICT JUDGE