**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**KELLY N. WILLIAMS** **PLAINTIFF**

**v.**

**CAUSE NO.: 2:26-cv-00070-TBM-RPM**
**DISTRICT JUDGE: Judge Taylor B. McNeel**
**U.S. MAGISTRATE JUDGE: Robert P. Myers, Jr.**

**WMC AUTO, INC. D/B/A WALT MASSEY CHEVROLET; TD AUTO FINANCE, LLC;**
**DALTON MCNEESE**

**DEFENDANTS**

**and**

**WMC AUTO, INC.** **COUNTER-PLAINTIFF**

**v.**

**KELLY N. WILLIAMS** **COUNTER-DEFENDANT**

**ORDER GRANTING IMMEDIATE SEIZURE**

THIS CAUSE came before the Court on WMC Auto, Inc.'s Counterclaim for an Order of Immediate Seizure pursuant to Miss. Code Ann. § 11-31-101, et. seq. The Court, having reviewed the pleadings, the verified complaint, and the affidavit submitted in support, and being fully advised in the premises, finds as follows:

1. WMC Auto, Inc. ("WMC") has demonstrated a probable right to recovery of the following property (the "Truck"): 2026 GMC Sierra 2500 [VIN 1GT4UPEY6TF189672] which is valued at $85,000.00.
2. WMC has shown that the Truck is wrongfully detained by Kelly N. Williams and that WMC is entitled to immediate possession.
3. WMC has posted, or will post upon entry of this Order, a bond in the amount of

$170,000.00 being not less than double the value of the Truck, conditioned as required by Miss. Code Ann. § 11-37-101 and 105, to secure Kelly N. Williams against any loss or damage that may result if this seizure is later found to be wrongful.

IT IS THEREFORE ORDERED AND ADJUDGED:

1. The Sheriff of Marion County, Mississippi, or other proper officer, is directed to immediately seize the Truck described above and deliver it into the custody of WMC Auto, Inc., or hold it pending further order of this Court, upon WMC's filing of the bond described herein.
2. WMC's bond in the amount of $170,000.00 is APPROVED, conditioned upon WMC's prosecution of the Counterclaim and payment to Kelly N. Williams of all damages and costs that may be adjudged against WMC if this seizure is determined to be wrongful.
3. This Order shall remain in effect pending further order of the Court.

SO ORDERED, this the 13th day of November, 2026.



DISTRICT COURT JUDGE